Scott J. Smith (ISB No. 6014)
Brent L. Whiting (ISB No. 6601)
RACINE, OLSON, NYE,
BUDGE & BAILEY, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208)232-6101
Fax: (208)232-6109

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>BIG WOOD CANAL COMPANY, an Idaho corporation; CARL PENDLETON, individually; MIKE FAULKNER, individually; GREG LIERMAN, individually; ROBIN LEZAMIZ, individually; ALTON HUYSER, individually; RODDY L. ADAMS, individually; JACK LOPER, individually; RYAN TELFORD, individually; and HUBERT SHAW, individually. | CASE NO. 1:14-CV-00309-EJL<br><br>**MOTION TO DISMISS** |

Defendants, Big Wood Canal Company, Carl Pendleton, Mike Faulkner, Greg Lierman, Robin Lezamiz, Alton Huyser, Roddy L. Adams, Jack Loper, Ryan Telford, and Hubert Shaw, by and through their counsel of record, hereby submit their Motion to Dismiss. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a), Defendants move this Court for an order dismissing the Plaintiff's declaratory judgment action on the grounds that parallel proceedings are already being heard in Idaho state court involving the same facts and same insurance provisions.

**MOTION TO DISMISS**                                                                                                  **Page 1**

Alternatively, Defendants move this Court for an order staying the Plaintiff's declaratory judgment action on the same grounds.

This Motion to Dismiss is supported by a Memorandum and the Affidavit of Scott J. Smith filed herewith. The grounds upon which this Motion to Dismiss is based are more fully set forth in the Memorandum.

DATED this 14th day of October, 2014.

                                              RACINE, OLSON, NYE, BUDGE
                                                  & BAILEY, CHARTERED


By:____/s/_____
      SCOTT J. SMITH


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of October, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terrence S. Jones
QUANE JONES MCCOLL, PLLC
tsj@quanlaw.com


                                              RACINE, OLSON, NYE, BUDGE
                                                  & BAILEY, CHARTERED


__/s/_____
SCOTT J. SMITH