Terrence S. Jones, ISB No. 5811
QUANE JONES MCCOLL, PLLC
US Bank Plaza
101 South Capitol Boulevard
Suite 1601
P.O. Box 1576
Boise, Idaho 83701
Telephone (208) 780-3939
Facsimile (208) 780-3930
tsj@quanlaw.com

Attorneys for Plaintiff American
Alternative Insurance Corporation

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG WOOD CANAL COMPANY, an Idaho corporation; IDAHO IRRIGATION COMPANY, LTD., an Idaho limited company; CARL PENDLETON, individually; MIKE FAULKNER, individually; GREG LIERMAN, individually; ROBIN LEZAMIZ, individually; ALTON HUYSER, individually; RODDY L. ADAMS, individually; JACK LOPER, individually; RYAN TELFORD, individually; HUBERT SHAW, individually;<br><br>Defendants. | Case No. 1:14-cv-00309-EJL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff, by and through its counsel, hereby voluntarily dismisses its

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

Complaint for Declaratory Judgment against Big Wood Canal Company, et. al. with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure and these Defendants, by and through their counsel, hereby consent to the Plaintiff's voluntary dismissal of its Complaint with prejudice and stipulate that the Complaint of the Plaintiff be dismissed with prejudice as to all Defendants and that said dismissal shall be without costs, fees or expenses to any party.

DATED this 28th day of January, 2015.

QUANE JONES McCOLL, PLLC

By /s/ Terrence S. Jones
Terrence S. Jones, Of the Firm
Attorneys for Plaintiff American
Alternative Insurance Corporation

DATED this 28th day of January, 2015.

ATTORNEY AT LAW

By /s/ Brent Whiting
Brent Whiting
Attorney for Defendants

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2