IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG WOOD CANAL COMPANY, an Idaho corporation; IDAHO IRRIGATION COMPANY, LTD., an Idaho limited company; CARL PENDLETON, individually; MIKE FAULKNER, individually; GREG LIERMAN, individually; ROBIN LEZAMIZ, individually; ALTON HUYSER, individually; RODDY L. ADAMS, individually; JACK LOPER, individually; RYAN TELFORD, individually; HUBERT SHAW, individually;<br><br>    Defendants. | Case No. 1:14-cv-00309-EJL<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

    A Stipulation for Dismissal with Prejudice (Docket No. 33) having duly and regularly come before this Court, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREEED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed with prejudice and without costs and attorney fees to any party.

DATED: January 28, 2015

_____
Edward J. Lodge
United States District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE - 1